**Leroy M. TONIC, Jr., Plaintiff–Appellant,**

v.

**Jon P. GALLEY, Warden; Brenda Glaze, Correctional Officer II; Richard Glaze, Correctional Officer II, Defendants–Appellees.**

No. 02–6969.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 9, 2002.

Leroy M. Tonic, Jr., Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Glenn William Bell, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Leroy M. Tonic, Jr. appeals the district court's order denying reconsideration of its prior order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2002) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Tonic v. Galley,* No. CA–01–853 MJG (D. Md. June 6, 2002). We deny Tonic's motion for appointment of counsel. We also deny his motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*